```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>James Abraham, et al.</u>

    v.                       Civil No. 11-cv-329-JD

<u>Allen Memo Dodge, Inc.</u>

<u>ORDER</u>

Re: Document No. 14, Discovery Plan

Ruling: Approved and adopted as a pretrial scheduling order with the following modifications (due largely to parties' use of phrase "not applicable" where dates certain are preferable): Motions to dismiss due on or before January 9, 2012; Disclosure of claims against unnamed parties due on or before January 17, 2012; Joinder of additional parties filed on or before February 16, 2012; Third party actions filed on or before February 16, 2012; Trial: two week trial period beginning on Wednesday, January 23, 2013. In light of the court's approval of the parties' proposed discovery plan, the pretrial conference currently scheduled to occur on October 11, 2011, is cancelled.

                                              /s/ Landya B. McCafferty
                                              Landya B. McCafferty
                                              U.S. Magistrate Judge

Date: October 4, 2011

cc: Janie Lanza Vowles, Esq.
     Debra Weiss Ford, Esq.